Abraham THOMPSON, III,
Plaintiff–Appellant,

v.

UNITED STATES POSTAL SERVICE;
Ross R. Baccarniri, Defendants–
Appellees.

No. 02–2166.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 30, 2002.

Abraham Thompson, III, Appellant Pro Se.

Before WILLIAM D. WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Abraham Thompson, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thompson v. U.S. Postal Service,* No. CA–02–2735–JFM (D.Md. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*